

GIP Technology
335 East. Albertoni St.
Suite 200-853
Carson, CA 90746

October 19, 2016

Craig Cunningham
5543 Edmondson Pike, Ste 248
Nashville, TN 37211
(615)-348-1977

Re: United States District Court for the Middle District of Tennessee, Case No. 3:16-cv-02629

Dear Mr. Cunningham,

GIP Technology is an Interconnected VoIP provider. We are not a telemarketing company or a call center. We are not affiliated with telemarketers or call centers in any way, other than via a carrier-user relationship.

Our company provides telecommunications services both in the United States and internationally. All of the numbers we provide to customers are Direct Inward Dial (DID), which means they can only receive calls. Our services and numbers cannot be used to initiate any calls, including telemarketing calls. In any event, GIP Technology is a common carrier and cannot be held liable for its customers' use of its telecommunications services.

Your complaint alleges that you received unlawful calls from the following numbers:

        3054004752 - BellSouth Telecomm Inc.
        7863589284 - Peerless Network
        3052304056 - BellSouth Telecomm Inc.
        7862311835 - ITC DeltaCom Communications Inc. - FL
        7862090019 - Pagestar
        7863503558 - Peerless Network
        8632401862 - Local Access LLC.
        7862336576 - Peerless Network

<u>None of these numbers has ever been assigned to GIP Technology or has any connection to our company.</u> Furthermore, your complaint does not include any evidence that our company has any relationship whatsoever to these numbers or the calls you have complained about.

1



A LEADING TELECOMMUNICATION COMPANY

GIP Technology<br>
335 East. Albertoni St.<br>
Suite 200-853<br>
Carson, CA 90746

Please provide us with all evidence that forms the basis of your legal claim against GIP Technology and that shows our company provided telecommunications services in connection with these numbers. If, upon review of your records, you discover you do not have such evidence, we expect that you will promptly amend your complaint to remove GIP Technology as a defendant. If you do not do so, we will move to have your claims against our company dismissed and request an order directing you to pay the legal costs we incur.

Please email the requested documentation or confirmation that your claims against GIP Technology will be withdrawn to the following address:

**GIP Technology Compliance Department**
Email: Compliance@giptechnology.com
Phone: (213)213-992-4660
Fax: (213)896-7450
Business Hours: Monday thru Friday from 8am - 5pm
www.GIPtechnology.com

GIP Beethoven
335 E. Albertson St,
Suite 200-853
Lawson, CA 90746

RECEIVED
IN CLERK'S OFFICE
OCT 24 2016
U.S. DISTRICT COURT
MID. DIST. TENN.

US District Court
Middle District of Tennessee
801 Broadway
Suite 800
Nashville, TN 37203