# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:16-cv-02629 |
| | ) | Judge Trauger |
| RAPID CAPITAL FUNDING, LLC/RCF, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

On July 24, 2017, the magistrate judge issued a Report and Recommendation (DE #114), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the defendants' Motions to Dismiss the plaintiff's earlier Complaints (Docket Nos. 31, 35, 50, 90) are hereby TERMINATED as moot. The defendants have 28 days within which to answer or move to dismiss the plaintiff's Second Amended Complaint (Docket No. 55).

This case is returned to the magistrate judge for further handling under the original referral order.

It is so **ORDERED.**

ENTER this 17th day of August 2017.

_____
ALETA A. TRAUGER
U.S. District Judge