IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CRAIG **CUNNINGHAM**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:16-cv-02629 |
| v. ) | Judge Richardson |
| ) | Magistrate Judge Brown |
| RAPID CAPITAL FUNDING, LLC/RCF, et al., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On March 12, 2019, counsel for Gateway Sales and Marketing, LLC moved to withdraw DE 136, and on March 15, 2019 that order was granted DE 137. In the Order Gateway was given until April 15, 2019 to secure new counsel and warned failure to secure such counsel could be grounds for a default. Since that time, the Plaintiff has taken no action to move the Clerk for a default.

The Plaintiff is given until July 12, 2019 to move for a default or the Magistrate Judge will recommend dismissal of the claims against Gateway for the Plaintiff's failure to prosecute his case. A telephone conference is set for all Defendants who remain in this case for Monday, July 29, 2019 at 1:00 pm. The parties shall call 877-873-8017 for the call-in number and enter the code 1958322#. The remaining parties will submit a joint statement of the case progress and the possibility of ADR by the close of business on July 25, 2019. At the present time, the case remains under the current scheduling order DE 130.

SO ORDERED.

/S/ Joe B. Brown
Joe B. Brown
United States Magistrate Judge