UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Craig Cunningham

                          Plaintiff,

v.                                                Case No.: 3:16–cv–02629

Rapid Capital Funding, LLC/RCF, et al.

                          Defendant,

## **ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 3/10/2020 re [159].

                                                              Kirk L. Davies
                                            s/ Megan Gregory, Deputy Clerk